Morgan's Estate.

Argued December 2, 1940.   Before SCHAFFER, C. J., MAXEY, DREW, LINN, STERN and PATTERSON, JJ.

466

*James R. Wilson,* with him *Edwin G. C. Bleakly* and *William F. Zinger,* for appellants.

*Herbert A. Barton,* for appellee.

PER CURIAM, January 6, 1941:
The decree is affirmed on the opinion of Judge STEARNE of the court below; costs to be paid by the appellants.